AO 93 (Rev. 5/85) Search Warrant

**REDACTED**

# United States District Court



DISTRICT OF ___DELAWARE___

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

~~████████████████~~
Dover Air Force Base, Delaware 19902, described more particularly on Attachment A

## SEARCH WARRANT

CASE NUMBER: 07-167M

**REDACTED**

TO: __Special Agent Michael Deshaies__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Michael Deshaies__ who has reason to
                                                        Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

~~████████████████~~, Dover Air Force Base, Delaware 19902, described more particularly on Attachment A

in the _____ District of __Delaware__ there is now concealed a certain person or property, namely (describe the person or property)

described in Attachment B

**FILED**
OCT 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __September 6, 2007__
                                                                                     Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Hon. Leonard P. Stark__
                                                                                                                                U.S. Judge or Magistrate
as required by law.

__August 27, 2007  3:50 p.m.__ at __Wilmington, Delaware__
Date and Time Issued                                    City and State

Honorable Leonard P. Stark
United States Magistrate Judge                          _Leon P. [signature]_
Name and Title of Judicial Officer                      Signature of Judicial Officer

AO 93 (Rev. 5/85)  Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| August 27, 2007 | August 28, 2007  2:30 P.M. | John Gramlich |

INVENTORY MADE IN THE PRESENCE OF

Frank Mauro

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Please see attached list.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Michael J. Deshaies*

Subscribed, sworn to, and returned before me this date.

_____   9-19-07
U.S. Judge or Magistrate            Date

## ATTACHMENT A

DESCRIPTION OF LOCATION TO BE SEARCHED:

The subject premises is a dormitory room, Room ███ located in Building ███ on ███████████, Dover Air Force Base, Delaware. Room ███ is located on the northwest side of Building ███ on the second floor. The door to Room ███ is brown and is labeled with a sign that reads "███ AMXS, A1C Gramlich, Day Sleeper" in white letters. The door knob is located on the right side of the door and the door hinges on the left. There is one window to the right of the door.

## ATTACHMENT B

DESCRIPTION OF ITEMS TO BE SEARCHED FOR AND SEIZED

a.  images of child pornography and files containing images of child pornography in any form wherever it may be stored or found including, but not limited to:

    i.  any computer, computer system and related peripherals; tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners, computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, and other visual depictions of such Graphic Interchange formats (including, but not limited to, JPG, GIF, TIF, AVI, and MPEG), and any electronic data storage devices including, but not limited to hardware, software, diskettes, backup tapes, CD-ROMS, DVD, Flash memory devices, and other storage mediums; any input/output peripheral devices, including but not limited to passwords, data security devices and related documentation, and any hardware/software manuals related to or used to: visually depict child pornography; contain information pertaining to the interest in child pornography; and/or distribute, receive, or possess child pornography, or information pertaining to an interest in child pornography, or information pertaining to an interest in child pornography;

    ii.  books and magazines containing visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

    iii.  originals, copies, and negatives of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

    iv.  motion pictures, films, videos, and other recordings of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

b.  information or correspondence pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256, that were transmitted or received using computer, some other facility or means of interstate or foreign commerce, common carrier, or the U.S. mail including, but not limited to:

    i.  envelopes, letters, and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages, establishing possession, access to, or transmission through interstate or foreign commerce, including by United States mail or by computer, of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256; and

    ii.    books, ledgers, and records bearing on the production, reproduction, receipt, shipment, orders, requests, trades, purchases, or transactions of any kind involving the transmission through interstate or foreign commerce including by United States mail or by computer of any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

c.    credit card information including but not limited to bills and payment records;

d.    records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence; and

e.    records or other items which evidence ownership or use of computer equipment found in the above residence, including, but not limited to, sales receipts, bills for Internet access including Comcast Cable Communication, and handwritten notes.

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

3849507

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 3. Investigative Case No. WM07QR07WM0011Y | 4. Enforce No. |

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. ____ | 6. Date Seized (mm/dd/yyyy) 8/28/2007 | 7. Time Seized (Use 24 Hrs) 1606 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: JOHN WILLIAM GRAMLICH  Address: DOVER AIR FORCE BASE DE | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Telephone No. (  )   Ext: | 12. Remarks: | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty / UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 001 | HP PAVILION 7800  SS# US10T55408 | | 1 / EA | $ |
| 002 | DVD'S | 2 / BAS | 126 / EA | $069126 069147 |
| 003 | VIVITAR BV35 CAMERA WITH CASE | 1 / BAS | 1 / EA | $069127 |
| 004 | COMPAQ PRESARIO SS#CNH634131Z | | 1 / EA | $ |
| 005 | VHS TAPES | 2 / BAS | 9 / EA | $069146 069125 |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Michael Deshaies | x Michael J. Deshaies | | 8/28/2007 |
| Print Name | Signature | | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001-005 | See Above | F MAURO | [signature] | 8/28/07 |
| 001-005 | See Above | Robert Myss | Robert Myss | 8/28/07 |
| 001-005 | See Above | Scott Garland | [signature] | 8/28/07 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Form 6051S (03/04)

CBP Retains Original

☆ U.S. GOVERNMENT PRINTING OFFICE: 2002-748-128



**U.S. Immigration and Customs Enforcement**

Location Section (Letter): __A__

Case Number: WMO7GRO7WM00·4    Case Agent: _Michael Deshaie_
_Michael J. Deshaie_

**Searching Teams;**

Team 1 __FRANK MAURO__    _[signature]_
      Print Name              Signature

Team 2 __David Yeary__    _[signature]_
      Print Name             Signature

Team 3       Print Name            Signature

- COMPAQ PRESARIO SS# CNH634131Z
- 121 DVD's BAS# 069147
- 6 VHS BAS# 069146



**U.S. Immigration and Customs Enforcement**

Location Section (Letter): __B__

Case Number: __WM07QR07WM0014__   Case Agent: __Michael Deshaie__
_Michael J. Deshaie_ (signature)

### Searching Teams;

Team 1 __Frank Mauw__    _(signature)_
     Print Name     Signature

Team 2 __David Yeary__    _(signature)_
     Print Name     Signature

Team 3   Print Name   Signature

- HP Pavillion 7800   SS# US10755408
- 5 DVD's   BAS# 069126
- 1 Vivitar BV35 Camera with case   BAS# 069127
- 3 VHS Tapes   BAS# 069125